Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

### EASTERN District of TEXAS

### PLANO TEXAS Division



FILED

OCT 1.8 2019

Clerk, U.S. District Court
Texas Eastern

|  |  |
|---|---|
| **CATHY HAYNES** | Case No. **4:19cv766-ALM-CAN** |
| _____ | _(to be filled in by the Clerk's Office)_ |
| Plaintiff(s) | |
| *(Write the full name of each plaintiff who is filing this complaint.* | Jury Trial: *(check one)*  ☒ Yes  ☐ No |
| *If the names of all the plaintiffs cannot fit in the space above,* | |
| *please write "see attached" in the space and attach an additional* | |
| *page with the full list of names.)* | |
| -v- | |
| **TURNER BASS & ASSISIATES, MICHAEL BASS,** | |
| **DAMARISCOTTA LTD, JAMES E BASS,** | |
| **CHRISTINE BASS, RICK? AND UNKNOWN** | |
| **DEFENDANTS** | |
| _____ | |
| Defendant(s) | |
| *(Write the full name of each defendant who is being sued. If the* | |
| *names of all the defendants cannot fit in the space above, please* | |
| *write "see attached" in the space and attach an additional page* | |
| *with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

####   A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | CATHY HAYNES |
| Street Address | 304  EAST 7TH STREET |
| City and County | AUSTIN TEXAS |
| State and Zip Code | 78701 |
| Telephone Number | |
| E-mail Address | |

####   B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Damariscotta LTD and company known and unknown |
| Job or Title *(if known)* | James E Bass - |
| Street Address | 1031 Pollard Dr. |
| City and County | Tyler, |
| State and Zip Code | Texas, 75701 |
| Telephone Number | 9035935727 |
| E-mail Address *(if known)* | unknown |

Defendant No. 2

| | |
|---|---|
| Name | Turner Bass and associates Michael Bass |
| Job or Title *(if known)* | and other unknown defendants  insurance agent and broker and |
| Street Address | 135 Shelley Drive |
| City and County | tyler, Texas |
| State and Zip Code | 75701 |
| Telephone Number | 9035611842 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Rick? unknown defendant whose name is on a paper left on the |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Christine Bass, Ann Christine Bass |
| Job or Title *(if known)* | |
| Street Address | P.O Box 6680 |
| City and County | Tyler Texas |
| State and Zip Code | 75711 |
| Telephone Number | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

The plaintiff, *(name)* CATHY HAYNES , is a citizen of the State of *(name)* TEXAS .

    b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

The defendant, *(name)* MICHEAL& CHRISTINA&,JAMES , is a citizen of the State of *(name)* BASS OF TEXAS . Or is a citizen of *(foreign nation)* _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.      If the defendant is a corporation

      The defendant, *(name)*   DAMARISCOTTA LTD-TURNER   , is incorporated under
the laws of the State of *(name)*   BASS & ASS OF TX   , and has its
principal place of business in the State of *(name)*   TX   .
Or is incorporated under the laws of *(foreign nation)*   ,
and has its principal place of business in *(name)*   TURNER BASS & ASS.   .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

     The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

**III.**    **Statement of Claim**

1. <u>The plaintiff was a tenant at the defendant's</u> storage unit
   from or approximately from the year 2007 or earlier.

2. She entered into a contract with the plaintiffs for space 18,
   at the defendant's storage facilities located at 4007 or 4003
   or the defendants owned or managed South Broadway storage
   rental place in Tyler, Texas, making her payments at the
   Turner Bass and Associative in Tyler Texas where she paid them
   which was one of their businesses close by managing their own
   storage… store units owned by all of the defendants.

3. Over the years she had paid them close to ten thousand dollars
   based on reason and believe to approximately $8.640. Later in
   March 2018 she went to check on her storage and get things,
   and she had brought her money order payment and had cash for
   them as well, or had their rent plus, wherein she discovered
   that unit was completely emptied, and that *the stuff was all
   gone and had either been sold, thrown away or otherwise taken
   by the defendants, and she found* a note on the door, [exhibit
   1]. Defendants Michael Bass an owner, and Rick unknown, had
   been in the unit, without fair due process.

4. The <u>plaintiff was never noticed about it</u>, <u>nor did any</u>
   <u>provisions of Texas law</u> ever take place BEFORE for these
   actions occurred to make them legal. The Plaintiff was owed a
   duty of care and law, before such, but never received this.

The defendant <u>had a reckless disregard for the law and for the plaintiff's rights and protections and remedies under the law, and for the plaintiff's property</u> and acted without regard for all of the rights herein, <u>nor were any legal rights or laws or remedies ever waived by any contract or agreement</u>

<u>5.</u> The plaintiff had extremely valuable items in the storage unit, like copyrights, trademarks, inventions etc., but not limited to these items. She had an e<u>xpectation of privacy for her property</u>, & <u>never give permission</u> for the intrusion or for <u>the loss of her property</u> that would follow this search. Because of these violations, the plaintiff sues the owners & all or the defendants for Not granting to her *ADA rights*, <u>fair due process rights, privacy rights, under</u> privacy of the person and possessions as against unreasonable searches (4th Amendment), and to have security in someone private affairs. And for <u>not following provisions of Texas law pertaining to when you can sell, take or otherwise someone else's property</u>, & <u>how this is legally done</u>, and for violations of the constitution surrounding all amendments pertaining to Amendment IV (Privacy of the Person and Possessions) The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, unless law causes this to happen, and the right to legal process before selling some ones property, and <u>all of her injuries and losses, but not limited to this petition.</u>

Claims 2

6. And under the above and below following claims & violations over lapping or not. <u>The plaintiff had an interest in her rights,</u> and in <u>Texas law & Federal law protecting her rights and in her property</u> and herein she sues for relief.

7. <u>this petition is to be taken in its entirety.</u>

8. <u>The defendants broke state and federal laws.</u>

---

## Claims

1.[Defendants violated fair due process], a claim.

2. The defendant <u>violated [Texas storage law   protections], a claim.</u>

3. The defendants [violated search and seizure laws and liens], a claim.

4. violations of Texas storage laws and property rights, a claim.

4. <u>The defendants violated [Privacy Rights State and Federal Rights], [when they invaded & intruded without legal procedures under Texas law] and under [Federal law], connected with [fundamental property rights] [under the constitution & amendments],</u> & Privacy and

5. ADA rights.

9. <u>When they failed in their duty to grants to the plaintiff Texas law provisions and federal law of legal law steps and commands before action can be taken, to take property.</u>

10. <u>The plaintiff had great interest in receiving this over the defendant's disregard for sending out notices and receipts. She also had a right to court ordered actions to take place before depriving her of her property.</u>

11.  The taking and violations amount to an UNLAWFUL TAKING and or a breach of contract, and violations of several laws and all herein, but not limited to this petition.

12.  The plaintiff was denied a duty of care, to fair law before taking property, and to privacy. The defendants were reckless *when they denied to her legal notices or notice at all that the event was going to happen, and that she would loss all of her property without notice, to include legal rights, to redemptions, Texas provisions, Federal rights and consumer protection laws, and processes, by ignoring what was DUE, AND legal directions,  LIKE where it says a lessor may enforce a lien or fore closure* chapter 59 *only under a judgement by a court order, unless a contract waives this, and there were no waivers on or for any of the claims herein on this entire petition, and no fair due process WAS given, as required by law, THUS DENYING PRIVACY AND FAIR DUE PROCESS BEFORE RECKLESSLY TAKING THE PROPERTY, ILLEGALLY.*

13.  These actions deprive the plaintiff of all or rights herein on this entire petition, but not limited to this petition, and deprived her OF the right to her personal property to include but not limited to the following, the plaintiff lost intellectual property, songs, old games or collectables, formula for inventions, products, records of the products and product development and heirloom, vintage items,

copper, silver, old money, old items, or valuable antiques, valuable stamps, an electric bike, sewing machines and vintage items not replaceable, childhood items, art, baby memorably, pictures, memories, teddy bear childhood item, rare items, gold and silver and all, trademarks, Atari games and systems, a new boxed white Wii, trade secrets and all but not limited to these items, wherein over two million or more was lost when **they** sold, trashed or took everything in, and from the unit, leaving it completely empty without provisions or proper notice of law. Their actions were maliciously, recklessly, willful, and intentional acts toward a tenant that had paid them payments for over 12 or more years.

**14.** **Based on [exhibit 1 attached]** Michael Bass WENT IN TO THE UNIT, & wrongfully looked or intruded UPON THE PLAINTIFF, & ALL without law or permission, taking everything & going through everything or had others do this, without law, Violating Privacy Rights, and had other unknown defendants, one being unknown Rick? also violate the plaintiff's rights as well by doing the same. The plaintiff h**ad a right to be secure and protected in her property, papers, & effects, & for all herein but not limited to all herein, but more.** She e**xpected privacy FOR her unit, and had an interest in her property being kept private.**

15. The plaintiff came to work in and check on her property from out of town, **and to get needed things, and to her shock, after going through major depression from November to January, she went to check on the unit, and was tore apart by the violations**. She did not know why she was so depressed by images of her childhood items kept coming into her mind.

16. The unit was empty, of all of the property, when no legal notice was ever made by the courts or otherwise, she discovered this in possibly March of 2018 when she first learned of the conversion, the breach, and the violations of the Texas Property Code and Texas Deceptive Trade Practices issues, and the violations of her constitutional right to have **fair due process before her property was taken under the constitution by anyone,** and all herein and the wrongful illegal taking of her property, broke her heart and had been important to her due to the nature of the property, and it mattered. The unit contained all that was left of her songs, inventions and etc. & more, but not limited to the herein.

17. Michael Bass and all, the defendants all should have known that this was improper...**over privacy rights issues** and all herein and over all of the defendant's connection to property and insurance jobs and licenses, but they still acted as such and acted anyway without notice and regard for the law or rights when encouraging others to follow these wrongfully acts

and actions, all without regard for law, fair due process, or privacy, **to include all law herein but not limited to the issues herein.** ***The intrusion was without permission***. The storage was shut and closed as best as it could be without being repaired, wherein they failed to fix the panels after they let someone break in to it over *****their failures to act to secure the area.***

18. The invasion and intrusion caused <u>intentional emotional infliction of emotional distress upon the plaintiff and enormous loss. It denied to her fair legal due process protections that owners must grant to plaintiffs or renter unless these are waived, that others got, the plaintiff had a fundamental right to fair due process and legal fulfillments before any taking of her property, and the defendants were ordered by law to act and follow the law, but did not.</u>

19. <u>The unit contain private items, & also the plaintiff knew & expected that if anything were to go wrong that she would be entitled to law in regards to her property,</u> BEFORE IT HAPPENED, and would have <u>redemption</u> & notice, and court processes all for her security, but this never happened, but for the defendant's actions, & all herein, so the taking was NOT permitted or authorized herein on the whole petition but not limited to these statements.

20.  The unit was not meant for viewing by the defendants, or anyone else wherein.  The Invasion & intrusion into the plaintiff personal life or unit WAS HIGHLY OFFENSIVE, was without consent, notice, unjustifiable, unreasonable and emotionally devastating, and unlawful, not only being household items but trade secrets and inventions and intellectual property secrets, and product designs & formulas, & heirlooms, & music, & songs, & copper, & metals, & highly valuable items, but not limited to these herein but more.

21.  The searched and seized was without legal processes, without consumer protections, and without regard to privacy rights or fair due processor proper law granted to the plaintiff, for the protections of her property or rights.

22.  In entering the unit…without permission, and or without proper and legal notice and viewing such and in allowing others to do the same, and then taking the items or selling them or otherwise, the defendants were intentionally harmful.

23.  Without law saying otherwise, the plaintiff had a right to be there, without invasion or intrusion, and without law making them otherwise viewable or actionable, but for all herein, these properties and items and rights belonged to the plaintiff. No court had order otherwise and nothing had been waived by the plaintiff. The violations are herein but not

limited to this petition or on this entire petition, and the elements and actions may overlap, Wherein: The plaintiff

6.Claim **violations of privacy rights.), violations of Fair Due Process Rights, and procedures, that should have been granted but that which was denied herein, but not limited to the herein and all above and below.**

7. **Claim The plaintiff claims Federal property rights and remedies were violated and that the Texas Property Code chapter 59, & all sub chapters were violated & that storage rules & protections were violated, & that Texas Abandoned Property-Self Storage Law provisions &~SERVICE STORAGE FACILITY LIEN protections were also violated, and all.)**

**24.Under Federal law, no one can take property without law, or Fair due process, th**e defendants are defined under Texas law as a "Lessor" meaning an owner or leaser, or managing agents, or their associates. The plaintiff entered into an agreement with the defendants for services and paid them, thousands of dollars for the time of renting with them as a renter. There was no specific written (2) "Rental agreement" but the plaintiff demanded rental receipts and received these at first, but later these stopped appearing, putting the plaintiff at risk over this highly neglected conduct, which she protested about, because she needed these over her disabilities and all with sight issues and with concentration issues and after having other injuries, related to focus, and all, but not limited to these issues.

25.She had told them that part of her brain had been damaged due to a 108 temperature for 10 days affecting her focus, brain, and

her ability to remember numbers, and specifically requested accounting due to her disability, but for the defendants action and their disregard, for her requested accommodations over a disability, she suffered losses, and all herein due to the failures of the defendants to act in a lawful way, and to provide statements and accommodations, when needed… over a disability or all here in.

26. The plaintiff who once had a photographic memory was having to take constant notes, and data to recall issues, and the lack of receipts was making thing extremely difficult for the plaintiff, when she protested these issue to the defendant's management, they refused such, and the receipts were badly needed by the plaintiff for her accounting and protection when her property of value was subjected to risk over the issues herein despite her once believing otherwise.

27. By the defendants denying such, they subjected to her to discrimination over her disability by failing to send monthly receipts, per as her request, over a disability issue.

### *10 claim*–*ADA or American with disability's Rights claim, Title 3 claims*.

28. The plaintiff had a disability herein but not limited to the herein, she asked for ADA accommodation and these were refused

she was harassed over this request by the management at Turner Bass and ass who are all partners or the defendants.

29. The inflicted emotional distress and mental anguish to the plaintiff and the loss of her property and all losses, herein, over the natural right to records and accounting and to know accounting.

30. The Plaintiff asserts and claims that if there were any issues with payment, it was due to no receipts or improper accounting cause by the defendants not assisting the plaintiff properly with her request to help with her disability.

31. And that any failures are because the defendants did not address accounting and receipts and her disability issues and her accommodation requests, and they were told about the issues and they knew, and she had requested this several times, wherein she was subject to discrimination, over a disability, deny accommodations or denied Federal law.

32. Plaintiff has a disability herein on this petition but not limited to this petition.

## 11. Claim    Breach of contract and implied warranty

33. There was implied warranty and Contract that the plaintiff would have her unit and property, **unless law was done to deprive her of such, the unit and all was defective over all herein**, and

Claims 11

**she was never told otherwise about the facts or about what the defendants were capable of doing after her paying thousands over the years to protect and store her property.**

34.This Breach of an implied contract was **deceptive and negligent**, and **due dates were never seemly enforced for many other renters,** one lady had not paid for years and she still had her storage unit, versus the Plaintiff, so others got more concessions to include trash usage and all and the management lady harassing her told the plaintiff she could not use the trash which was never part of the contract because she had always used it and was never told such and in fact was told that she could use the trash like other but for the management lady, to get rid of unwanted items, and the plaintiff had a broken back and other issues but was having to take trashed items elsewhere over this harassment, and these contract violations, and discrimination.

**12. Claim -Also there was a contract violation over the property code being violated, which sets out the duties the defendants should have granted and given the plaintiff, to include due process provision.**

35.Others were given law, others were allowed to not pay for years and all, and did not lose their belongings, and law and had rights verses the plaintiff who was discriminated against and the plaintiff asserts a discrimination claim regarding disability and regarding treatment. The plaintiff usually tried to paid them ahead of time trying to deal with her disability, sometimes for several months

at a time, by money order, cash or etc., sent, put in their slot box and mailed to them. And she had paid them for years without any issues & felt that her property was safe & secure, but never having assurance of what was going on, which caused her mental anguish and nervousness and worry, wanting and needing accounting, despite her request for receipts and denied accommodations, and then after again making the request, the office lady Dianne or? started harassing her and mistreating her, after the break-in, after all these years, and in making remarks, after the old staff had left, over disability request and a disability.

**13-Claim Wherein they (1) Breached the contract and implied warranties and (2) defendants were reckless and negligent, in not sending receipts monthly and in not following the law, and caused the violations on this entire petition, to include the but not limited to (3) ADA violations, (4) negligence, and discrimination (5personal injury over the issues) *as Claims 4.***

36.The acts herein on this entire petition but not limited to this petition were deceptive and neglect in that everyone paying money ought to be entitled to accounting of such and or a needed monthly receipt, but for these actions of fairness, law, discrimination and all, but not limited to these actions herein the defendants violated claim 5.

**14-Claim-Federal and Texas Deceptive Trade Practices Acts & the FTA section 5 of the federal trade commission 15 USC sections unfair or deceptive acts & practices, or laws meant to protect consumers, CLAIMS AND UNFAIR UDAPP compliance**

**37.THESE LAWS , pertain to all** aspects of trade, but also regarding "Self-service storage facility" or real property that is rented to be used exclusively for storage which has law attached to these property codes and regulations, that is suppose, <u>to happen</u>, but for the defendants failing to act in a lawful matter, **_the plaintiff was injured and devastated, mentally emotionally and physically and financially to include the claim of mentally anguish,_** and she did not receive what was **_fair due process from the defendants_** who had a legal requirements to follow the law, before taking property. They caused substantial injury, and they interfered with the plaintiff's ability to make decisions to avoid injury, when defendants were misleading.

38.A reasonable person might even be confused but a person with disabilities for sure would be like the plaintiff. THE OMMITTED TERMS of a verbal contracted rather than a written one was MISLEADING to THE PLAINTIFF, changing things on the spur of the moment regarding rights and the contract was misleading. What the plaintiff was told when she made the contract and what the staff Dianne or? told her was misleading, and all herein and

**acting without law was never thought intended to happen, nor does law allow it to, causing by these act person injury and loss of property and rights**

39. AND THEY WERE NOT CLEAR, TAKING ADVANTAGE OF THE PLAINTIFF, one by not even granted to her legal remedies and law, placing the plaintiff AT RISK OVER IT ALL, AND MORE.

**15.claimTHE PLAINTIFF WAS PERSONAL INJURIED BY THESE ACTION AND ALL HEREIN BUT MORE.** *Claim 5 Federal and Texas Deceptive Trade Practices rights violated., and consumer protections and law and mental anguish AND UNFAIR DUE PROCESS PRACTICE WERE done.*

40. The plaintiff was entitled under a rental agreement to the exclusive use of storage space or the defendants self-service storage facility, # 18, and to privacy and law which WERE violated.and to rights, here in on this entire petition, being an extremely long tenant, BUT NOT LIMITED TO THIS.   The plaintiff never waived any of her rights by Agreement or Waiver, on any of the chapters and maintained these rights, AND ALL RIGHTS HERE BUT NOT LIMITED TO ALL HERE IN.

**16-claimThe plaintiff Claims (1) Chapter 6, Business & Commerce Code, as amended; or otherwise herein on this entire petition, or Chap. 59, § 59. 003., AND all provisions of the Deceptive Trade Practices—Consumer Protection Acts STATE AND FEDERAL RELATED ACTS, & (Subchapter E, Chapter 17, Business & Commerce Code) and the property code and all herein over lapping or not, and asserts these claims and violations.**

41. In denying provisions of Texas law the plaintiff, the defendants caused the plaintiff's suffering by denying Redemption, proper enforcements of liens and granted rights to the plaintiff under Texas law and federal law, and to her papers, and effects, and property and due process.

42. Plaintiff was denied lawful enforcement of rights and fair due processes, connected with an alleged lien under this chapter, where only under a judgment by a court of competent jurisdiction, allows property to be taken unless waived, regarding foreclosures and liens to be enforced without waivers of such, which never happened, causing plaintiff injury. There was no judge's order to act, thus the disposal of the plaintiff stuff, was illegally done.

43. *And there were no provisions in any contract that allowed the defendants to seize, search or sell whatever they wanted, whenever they wanted, and these acts were unlawful, here in, when* the defendants deprived the plaintiff of everything, but not limited to this petition, causing personal injury and all herein, and sufferings, and harm, by **denying law and clearness** to the plaintiff and all herein to included but not limited to, **law about when sales can be made**, and law about when property can be seizing, search, or sold, in accordance with this chapter, and Chap. 59, § 59.041., & Chap.59, § 59.042 or Chap. 59, § 59.043.and all to include deceptive issues under federal law, and the search and seizing and privacy rights under federal and state laws.

44. The defendants failed to have their insurance company or them pay for repairs for the up keep and security of the plaintiff's unit after a break in and they failed to fix areas related to panel lock areas, wherein and they were negligent, a claim, allowing

Claims 16

the plaintiff to be violated by themselves and others <u>denying a</u>
<u>DUTY OF care and security, ON THIS ENTIRE PETITION, and in doing</u>
<u>each and every act without law, and they</u> caused personal injury to the
plaintiff a claim and all.

45.The plaintiff has federal and state consumer protection
rights and asserts these. She was a consumer, she sought,
acquired and obtained a storage unit from the defendants….
Paying over and upon reason and believe for more than 12 or more
years, or since her daughter was in high school around 9000 to
10.000 dollars in rent for the unit, she entered into a leased
for the unit from the defendants…& paid them for years….
purchasing the space to store her valuables…in.

46.The  defendants having a real estate business knew about provisions and their
duties to protect the defendant's property and to her warn her and to give her fair notice,
they willfully denied these provisions to the plaintiff...   and acted in acts of an
**unconscionable manner and in misrepresentation and in violation of the law**,
based on the failure to disclose their [17-claim, **conversion a**
**claim,]** and actions regarding the plaintiff's property and
protected privacy rights and other rights, that were violated,
the defendants had legal obligations to the plaintiff…. <u>to protect her property,</u>
the defendant's wrongful conduct was not an accident, it was
done on purpose, with reckless intent,  regarding all acts, when

they looked into the storage, when they left the unit broken, when they let other in the gated area, and when they took the items out of the space, and when they got rid of the items without law, and when they failed to get consent for such, and when they sold, stole or discarded the items, etc., or when they had other do this for them but not limited to these actions by the defendants and all or those who owned such who allowed this to happen to the plaintiff….or to happen "in connection with" the unit,

### **18-claim Negligence, and personal injury & inflectional emotional distress and all here in but not limited to this petition**

47. The defendants had a duty to maintain and secure the property and they breached this duty of care and were neglect in several ways causing **personal injury and loss to the plaintiff and all here in, over lapping or not for all claims, and on all claims.**

> A). Not removing persons or people not authorized to be there without an owner.
> B). Two by leaving and allowing the gate to be open rather than closed or locked, and by allowing non renters and traffic and others to come into the area, behind the gate.
> C). And by not calling the police to investigate charges, or crimes, and by not prosecuting crimes.
> D). By allowing non renters in the gated area without authorization, but not limited to these conducts, or reason herein, and when they failed to repair the unit and to address the issues when it was broken into, by fixing the locking area, and by denying people entrance after leaving the gate open for them to get in and by failing to make these people leave.
> E). Where in there were several acts that caused personal injury and the injuries here in and more.

F) To included but not limited to denying legal rights and remedies under provisions of the property code, under consumer protection laws and the deceptive trade practices laws and storage units and rights laws, but not limited to these codes or laws which grant rights to all renters under Texas law, which were denied, breached, ignored, willfully violated, and done, thus violating more duties or law and or care to the plaintiff.

g). Wherein the Defendants and owners being Turner Bass and associative, Michael Bass and Damariscotta LTD, owned by James E Bass and Christine Bass or their business or company failed to have their insurance or themselves act to protect the plaintiff, or to repair the property, thus damaging the plaintiff and then allowing the privacy violations over insurance not repairing the panel area so that Michael Bass and then unknown <u>Rick? could not violate privacy, but for the defendant's actions and the insurance not repairing the issues,</u> and privacy rights violations and all claims herein but not limited to the herein claims these issues and damages and injuries would not have happened, and but for the defendants not following the law, the issue would not have happened, and all.

48. The plaintiff sues Rick Unknown also for looking into the unit who also violated privacy rights...and may have helped Michael Bass and others and or other owners or defendants violate the plaintiff's property as well under the claim Property code violations. Other unknown defendants may also be responsible for removing or selling the items and property.

49. All of the defendants are responsible for causing the unlawful taking or the property, or causing it to be removed without legal protections and processes of law.

50. All of the defendants caused or subjected the plaintiff to these losses and violations herein but not limited to the herein.... The plaintiff was entitled to her rights and all and to her property.

51. The defendants all caused the violations here in and the personal injury and all herein and the entire petition, by acting, failing to act, or otherwise herein. But for the herein the plaintiff would not have been injured, by loss of property, rights, and laws not granted and all herein, but not limited to this petition.

---

### 19- *Claim Consumer protection laws were violated)*, and written notice about when property can be sold or etc....was never granted to the plaintiff.

52. The defendants had information to include a phone number and an address, etc., but never used it, to notice the plaintiff before taking actions, & broke Texas, wherein the plaintiff sues for all violation on each claim over lapping or not to protect her property and consumer rights…

---

Failures of the defendant or owners.

---

h). Note: The plaintiff BELIEVES SHE was up on HER rent but never the less even if I she had not been…. She would have been entitled to written notice and fair due process, for nonpayment of storage rental if she would have been behind on any rent…the defendant failed in their duty to provide such.

---

I). They also failed to obey Texas law in granting a notice that included such language as an itemized account of what you owe; The name, address, and telephone number of the storage company office to reply to the notice; A statement that the contents of the self-storage unit have been seized under the rental contract; and A statement that if you don't pay what you owe before the 15th day after you get the notice, the property can be

sold at public auction, and or etc. **The defendants did not abide by these laws and injured the plaintiff by their willing acts here in.**

k). There was an extreme duty for storage owners and all to follow certain laws to protect renters like publishing and posting …**the defendants were neglect in not following Texas law and caused personal property loss and injury, and mental and emotion injury to the plaintiff and great finical loss to her but for their actions, and all here and more.**

c

**20-claim**The plaintiff asserts a ***for "conversion" of her property without legal processes and all),*** **and claims for violations of storage laws in that they did not properly follow foreclosure notice procedures…and foreclosures laws in Texas depriving the plaintiff of her property rights and causing all of her losses, to include federal rights to have property unless law happens to deny this.**

53.The defendants failed to protect the plaintiffs rights…..by ignoring and engaging in violations of law….that were misleading, and  deceptive, acting unconscionable denying efficient and economical procedures to secure such protection for the plaintiff due to her by law… which they breached, by denying disclosure, notice, provisions of law and the contract, accommodations, and all they misrepresented the lease under the law…..while taking years of money from the plaintiff… upon deceit, and intentionally and with bad faith caused the issues by not printing or sending a notice of payments or accounting to the plaintiff, an unreasonable method causing deprivation and loss and conversion and loss of  property by their failures and acts of denying law for the plaintiff, and all herein but not limited to herein.

Claims 21

54. The defendants discriminated against the plaintiff when others had not paid their fees for years and still had their unit without loss.

***Claim-21 The plaintiff asserts unfair treatment and remedies and claim (). (A discrimination claim.) defendants treated other more favorably than her, and allowed them to stay even owning thousands of dollars to them when the plaintiff had paid them thousands.***

55. Because of all herein but not limited to this, and all the CLAIMs and discrimination in providing services and remedies to the plaintiff., she asserts personal injured or claim ().

56. The defendants all caused all herein & the plaintiff is entitled to relief, for all of her losses but not limited to these herein. Because of all herein, plaintiff sue for infliction of emotional distress and unfair business practices by the defendants, for these claims and all herein….

57. The plaintiff is seeking punitive damages. The plaintiff is entitled to relief.

## **Relief**

The plaintiff demands the return of her property or compensation for her losses and her sufferings per as a jury's decision. And other damages for violations of law, and all that law entitles her to have. When she found out that items from her childhood and heirlooms and all therein but not limited to this were gone...she was so distress and emotionally wrecked and devastated that she almost gave up on life, it was a major life taking.

She is entitling to the rules of law and to be made whole for her long sufferings... she also lost inventions and other intellectual property like the sun tanning solution made from pecans, and other formulas, recipes, etc. and etc. and old items not replaceable, copper, a Wii, brand new and more...the list is too long to include herein, and will be supplied to them later.

She is entitled to relief and prays for such.

Claims 23

V.     **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.     **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     Oct 16 2019

Signature of Plaintiff     Cathy Haynes

Printed Name of Plaintiff     Cathly Haynes