UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:20-cv-00192

———

**Cathy Haynes,**
*Plaintiff,*

v.

**Turner Bass & Associates, et al.,**
*Defendants.*

———

## ORDER

On October 18, 2019, plaintiff Cathy Haynes filed this action in the Sherman Division of this court. *See* Doc. 1. On April 9, 2020, the case was transferred to the Tyler Division, where it was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636. Docs. 9, 10.

Plaintiff's last contact with the court occurred on December 9, 2019. *See* Doc. 8. Mail sent to plaintiff from the court was returned as undeliverable on June 4, 2020. Doc. 11. On September 10, 2020, Judge Mitchell issued a report and recommendation that the complaint be dismissed without prejudice for failure to prosecute. Doc. 12. Her report acknowledged that "[t]he case cannot proceed if the Court cannot communicate with Plaintiff." *Id.* The report was mailed to plaintiff's last known address by regular and certified mail, and it was received at that address on September 14, 2020. Doc. 13. No written objections to the report have been filed.

If no party objects to a magistrate judge's report and recommendation within 14 days of service, the court "need only satisfy itself that there is no clear error on the face of the record." *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc) (cleaned up).

Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court **accepts** its

findings and recommendation. This action is **dismissed** without prejudice.

*So ordered by the court on October 19, 2020.*

_____
J. CAMPBELL BARKER
United States District Judge