UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00192

**Cathy Haynes,**
*Plaintiff,*

v.

**Turner Bass & Associates, et al.,**
*Defendants.*

# FINAL JUDGEMENT

The court, having rendered its decision by order and opinion, hereby enters final judgment. This action is **dismissed** without prejudice. Any outstanding motions are **denied** as moot. The clerk of court is **directed** to close the case.

*So ordered by the court on October 19, 2020.*

J. Campbell Barker
United States District Judge