UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00192

**Cathy Haynes,**
*Plaintiff,*

v.

**Turner Bass & Associates et al.,**
*Defendants.*

### FINAL JUDGMENT

The court, having rendered its decision by separate order, hereby enters final judgment. The complaint is dismissed. The clerk of court is directed to close the case.

*So ordered by the court on April 20, 2023.*

J. CAMPBELL BARKER
United States District Judge